UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PATRICIA METZLER,

    Plaintiff,

v.

    Case No. 2:16-cv-106
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terrence P. Kemp

MICHAEL FERGUSON, et al.,

    Defendants.

## OPINION AND ORDER

This matter is before the Court for consideration of the Magistrate Judge's February 12, 2016 Initial Screening Report and Recommendation pursuant to 28 U.S.C. § 1915(e)(2), wherein the Magistrate Judge recommended dismissal of Plaintiff's Complaint for failure to state a claim upon which relief can be granted. (ECF No. 2.) The Plaintiff did not object to the Magistrate Judge's Report and Recommendation. Rather, on February 25, 2016, the Plaintiff filed a Motion to Dismiss (ECF No. 3.) The Court **ADOPTS** the February 12, 2016 Report and Recommendation of the Magistrate Judge. (ECF No. 2.) Accordingly, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

The Clerk is directed to enter judgment in accordance with this Opinion and Order.

IT IS SO ORDERED.

8-15-2016
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE

1